UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARRI WILLIAMS,<br><br>              Petitioner,<br><br>    v.<br><br>JO WOFFORD,<br><br>              Respondent. | Case No. C20-1477-RSL-MLP<br><br>ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on Respondent's second motion for an extension of time to file an answer to Petitioner's petition for writ of habeas corpus. (Dkt. # 11) Petitioner does not oppose the requested extension. (*See* Dkt. # 12, ¶ 7.) The Court, having reviewed Respondent's motion, and the balance of the record, hereby ORDERS as follows:

(1) Respondent's second motion for an extension of time to file her answer to Petitioner's federal habeas petition (dkt. # 11) is GRANTED. Respondent is directed to file her answer not later than *April 5, 2021*.

ORDER GRANTING RESPONDENT'S
SECOND MOTION FOR EXTENSION
OF TIME - 1

(2) The Clerk is directed to send copies of this Order to all counsel of record, and to the Honorable Robert S. Lasnik.

DATED this 23rd day of March, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
SECOND MOTION FOR EXTENSION
OF TIME - 2