# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARRI WILLIAMS,<br><br>                    Petitioner,<br><br>    v.<br><br>JO WOFFORD,<br><br>                    Respondent. | Case No. C20-1477-RSL-MLP<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on Petitioner's motion for an extension of time to file a response to Respondent's answer to Petitioner's federal habeas petition. (Dkt. # 17.) Respondent does not oppose the requested extension. (*See* Dkt. # 18, ¶ 7.) The Court, having considered Petitioner's motion, and the balance of the record, hereby ORDERS as follows:

      (1)    Petitioner's motion for extension of time (dkt. # 17) is GRANTED. Petitioner is directed to file her response to Respondent's answer not later than ***May 24, 2021***.

      (2)    Respondent's answer (dkt. # 14) is RE-NOTED on the Court's calendar for consideration on ***May 28, 2021***. Respondent shall file any reply brief in support of her answer by that date.

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 1

(3) The Clerk is directed to send copies of this Order to all counsel of record, and to the Honorable Robert S. Lasnik.

DATED this 23rd day of April, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2