UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CARRI WILLIAMS,

        Petitioner,

v.

JO WOFFORD,

        Respondent.

Case No. C20-1477-RSL-MLP

ORDER GRANTING PETITIONER'S SECOND MOTION FOR EXTENSION OF TIME

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on Petitioner's second motion for an extension of time to file a response to Respondent's answer to Petitioner's federal habeas petition. (Dkt. # 20.) Respondent does not oppose the requested extension. (*See* Dkt. # 21, ¶ 12.) The Court, having considered Petitioner's motion, and the balance of the record, hereby ORDERS as follows:

(1) Petitioner's second motion for extension of time (dkt. # 20) is GRANTED. Petitioner is directed to file her response to Respondent's answer not later than ***June 28, 2021***.

(2) Respondent's answer (dkt. # 14) is RE-NOTED on the Court's calendar for consideration on ***July 2, 2021***. Respondent shall file any reply brief in support of her answer by that date.

ORDER GRANTING PETITIONER'S
SECOND MOTION FOR EXTENSION
OF TIME - 1

1    (3)     The Clerk is directed to send copies of this Order to all counsel of record, and to

2 the Honorable Robert S. Lasnik.

3       DATED this 4th day of June, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
SECOND MOTION FOR EXTENSION
OF TIME - 2