UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARRI WILLIAMS,<br><br>              Petitioner,<br><br>     v.<br><br>JO WOFFORD, Superintendent, Washington Corrections Center for Women,<br><br>              Respondent. | NO. 2:20-cv-1477-RSL<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION |

      This matter having come before the Court on Petitioner's motion for an extension of time to file Objections to Magistrate's Report and Recommendation, the Respondent having no objection to the motion, and the Court having reviewed the motion, it is hereby ORDERED THAT:

      Petitioner's motion for an extension of time is hereby GRANTED. Petitioner is directed to file her Objections to the Magistrate's Report and Recommendation no later than January 10, 2022.

      DATED this  10th  day of November, 2021.

*[signature: Robert S. Lasnik]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION – 1
(2:20-cv-1477-RSL-MLP)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

WIL102-0005 6754286