THE HONORABLE JUDGE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CARRI WILLIAMS,<br><br>                Petitioner,<br><br>    v.<br><br>JO WOFFORD,<br><br>                Respondent. | NO. 2:20-CV-01477RSL<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

The Court, having considered Respondent's unopposed motion for an extension of time, the Declaration of Holger Sonntag, and the records and files herein, does hereby find and ORDER:

1. Respondent's unopposed motion for an extension of time to February 7, 2022, to file a response to Petitioner's objections is GRANTED.

DATED this 24th day of January 2022.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING RESPONDENT'S
UNOPPOSED MOTION FOR
EXTENSION OF TIME
NO. 2:20-CV-01477

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
PO Box 40116
Olympia, WA 98504-0116
(360) 586-1445